IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-20060 |
| | ) | |
| RANDOLPH HADLEY, | ) | |
| Defendant. | ) | |

Defendant Randolph Hadley's Proposed Exhibit List

| EX. # | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 4001 | | | | 2011 – 2013 Residential lease Atlanta (15 pp.) |
| 4002 | | | | 2011 Form 1040 Randolph Hadley Jr. (7 pp.) |
| 4003 | | | | Images of UNOI Homes (13 pp.) |

Respectfully Submitted,

 /s/ Michael C. Duma
Michael Duma #24959
Duma Law Offices
303 E. Poplar St.
Olathe, KS 66061
(913) 782-7072
Fax: (913) 782-1383
michael@dumalaw.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all other counsel of record.

                                                /s/ Michael C. Duma
                                                Michael Duma #24959