IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-20060-02-JAR |
| | ) | |
| RANDOLPH HADLEY, | ) | |
| Defendant. | ) | |

### MOTION TO JOIN CO-DEFENDANT STATON'S RESPONS TO THE GOVERNMENT'S MOTION IN LIMINE (DOC 275)

**COMES NOW** Randolph Hadley, by and though his counsel Michael C. Duma, and respectfully asks this Court to grant his motion to join the response offered in James Staton's response to the Government's Motion in Limine (DOC 275). Mr. Hadley affirms and integrates by reference the legal arguments offered in the above-referenced response as they are equally applicable to his case.

**WHEREFORE,** for the purposes and reasons set forth herein, Mr. Hadley moves to join the response offered by James Staton (DOC 275)

Respectfully Submitted,

/s/ Michael C. Duma
Michael Duma #24959
Duma Law Offices, LLC
303 E. Poplar St.
Olathe, KS 66061
(913) 782-7072
Fax: (913) 782-1383
michael@dumalaw.com
Attorney for Randolph Hadley

CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all other counsel of record.

                /s/ Michael C. Duma
                Michael Duma #24959