### IN THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff,                                     )<br>                                                             )<br>Vs.                                                        )<br>                                                             )<br>                                                             )<br>RODNEY HADLEY,                        )<br>      Defendant,                              ) | CASE NO.: 21-CR-20060 |

### WAIVER OF APPEARANCE AT HEARING ON JULY 22,2024

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Rodney Hadley, voluntarily waives his right to appear at the James Hearing set for July 22, 2024.

The defendant has been advised by counsel of the nature and purpose of the hearing and wished to waive his right to appear and be represented by counsel. The defendant requests the court proceed in his absence; he agrees that his interests will be represented by counsel, the same as if he were to be present; and further he agrees to appear in court and ready to proceed at any given time going forward.

| | |
|---|---|
| /s/ Rodney Hadley | /s/ Michael Duma |
| Defendant | Defense Counsel |

July 9, 2024
Date

Defense counsel of record has signed electronically on the defendant's behalf. Counsel states that the defendant has had an opportunity to consult with counsel, agrees to the waiver, and agrees that counsel may sign the waiver on the defendant's behalf.

Respectfully submitted.

/s/ Michael C. Duma
Michael C. Duma # 24959
Duma Law Offices
303 E Poplar St
Olathe, KS 66061
(913) 782-7072 phone
(913) 782-1383 fax
Michael@dumalaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of July 2024, a true and correct copy of the above and foregoing was electronically filed the Clerk of the Court via CM/ECF that will send a notice of electronic filing and access to the documents to all counsel of record.

/s/ Michael C. Duma
Michael C. Duma # 24959