## IN THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | CASE NO.: 21-CR-20060 |
| | ) | |
| Vs | ) | |
| | ) | |
| | ) | |
| RODNEY HADLEY, | ) | |
|     Defendant, | ) | |

### DEFENDANT HADLEY'S MOTION FOR JOINDER WITH DEFENDANT YUNUS RASSOUL'S PROPOSED VOIR DIRE QUESTIONS (DOC.340)

Defendant Rodney Hadley by and through his attorney Michael Duma, respectfully requests of the court to join co-defendant Yunus Rassoul's Proposed Voir Dire Questions (Doc 340). In support of this request, counsel advises the Court that the proposed Voir Dire questions submitted by counsel for Yunus Rassoul are approved by and equally applicable to the Defendant Rodney Hadley.

Respectfully submitted:

/s/ Michael C, Duma
Michael C. Duma # 24959
Duma Law Offices
303 E Poplar St.
Olathe, KS 66061
(913) 768-9777 (p)
(913) 768-1383 (f)
michael@dumalaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing was filed electronically with the U.S. District Court for the District of Kansas with notice of case activity generated and sent electronically on this 15th day of July 2024, to all counsel of record in this case.

                     /s/ Michael C. Duma
                     Michael C/ Duma