IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| v. | Case No. 2:21-cr-20060-JAR |
| **KAABA MAJEED,** **YUNUS RASSOUL,** **JAMES STATON,** **RANOLPH RODNEY HADLEY,** **DANIEL AUBREY JENKINS, and** **DANA PEACH,** | |
| **Defendants.** | |

## GOVERNMENT'S AMENDED WITNESS LIST

The United States, by and through Trial Attorneys Kate Alexander, Maryam Zhuravitsky, and Francisco Zornosa, and Assistant United States Attorney Ryan Huschka submits the following as its list of proposed witnesses who may be called at the trial of this matter. The government additionally may call any witnesses listed by the defendant and any witnesses subsequently identified.

S.M.

D.Y.

A.K.

N.K.

E.M.

D.W.

T.K.

1

D.D.

K.R.

B.A.

J.A.

K.B.

Derrick Butler

K.C.

F.C.

A.D.

K.E.

R.F.

S.G.

I.J.

M.J.

M.K.

T.K.

Michael 7x King

N.K.

C.M.

M.M.

Wilma Muhammad

K.P.

Aristoteles Rodriguez

Carla Valencia

T.W.

D.W.

Etenia Kinard

Jacelyn Greenwell

Cassidi Lundell

SA Leena V. Ramana, Federal Bureau of Investigation

SA Laura L. Ferguson, Federal Bureau of Investigation

                                      Respectfully submitted,

                                      KATE E. BRUBACHER
                                      UNITED STATES ATTORNEY

                                      By: */s/ Ryan J. Huschka*
                                      Ryan J. Huschka
                                      Assistant United States Attorney
                                      United States Attorney's Office for the
                                      District of Kansas
                                      500 State Avenue, Suite 360
                                      Kansas City, KS 66101
                                      Ph. 913-551-6730
                                      Fax 913-551-6754
                                      Ryan.Huschka@usdoj.gov
                                      KS Bar No. 23840

                                      KRISTEN CLARKE
                                      ASSISTANT ATTORNEY GENERAL

                                      By: */s/ Kate A. Alexander*
                                      Kate A. Alexander
                                      Trial Attorney
                                      USDOJ Civil Rights Division
                                      950 Pennsylvania Avenue NW
                                      Washington, D.C. 20530
                                      Ph: (202) 353-3539
                                      Email: Kate.Alexander@usdoj.gov

        FL Bar No. 27393

        By: */s/ Maryam Zhuravitsky*
        Maryam Zhuravitsky
        Trial Attorney
        USDOJ Civil Rights Division
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        Email: Maryam.Zhuravitsky@usdoj.gov
        MD Bar No. 1312190348

        By: */s/ Francisco Zornosa*
        Francisco Zornosa
        Trial Attorney
        USDOJ Civil Rights Division
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        Phone:  202-616-4588
        Email:  Francisco.Zornosa@usdoj.gov
        NY Bar No. 54772

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 6, 2024

                                            /s/ *Ryan J. Huschka*
                                            RYAN J. HUSCHKA
                                            *Assistant United States Attorney*